UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XEROX COROPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cv-00653-RLH-LRL |
| v. ) | |
| ) | **O R D E R** |
| PRINTING AND MAILING ) | |
| SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

For good cause shown,

IT IS ORDERED that Gordon Silver's Amended Motion to Withdraw as Counsel for Defendants Quality Printing, Inc. and Leticia Castro (#94) is granted.

Defendants are advised that a corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). Default against a corporation, or dismissal of its claims, is a permissible sanction for its failure to comply with the requirement that it be represented by counsel. *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS THEREFORE FURTHER ORDERED that defendants shall have until **October 8, 2010** to retain new counsel and file either a notice of appearance of new counsel or a memorandum explaining why they have not retained new counsel.

DATED this 3rd day of September, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**