MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

XEROX CORPORATION, a New York Corporation,

    Plaintiff,

v.

PRINTING AND MAILING SOLUTIONS, INC., a Nevada Corporation, MASTER MAILERS, INC., a Nevada Corporation, NEVADA MARKETING SYSTEMS, INC., a Nevada Corporation, QUALITY PRINTING, INC., a Nevada Corporation, MARIO CASTRO, an individual, MIGUEL CASTRO, an individual, LETICIA CASTRO, an individual, IRMA CASTRO, an individual; DOES I - X, and ROE CORPORATIONS I - X, inclusive,

    Defendants.

CASE NO.: 2:09-cv-0653-RLH-LRL

## DEFAULT JUDGMENT

This Honorable Court having read and considered the Motion for Judgment by Default, the Affidavit of Charles Corrigan, and a Default having been entered against Defendants, PRINTING AND MAILING SOLUTIONS, INC., MASTER MAILERS, INC., NEVADA MARKETING SYSTEMS, INC., and QUALITY PRINTING, INC. (hereinafter

1

1  "Defendants") on June 6, 2011, this Court having found that there is no just reason for delay

2  and upon express direction for the Entry of Judgment and for good cause shown,

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's

4  Application for Judgment by Default is hereby GRANTED.

5      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to FRCP

6  55(b) that Final Judgment be, and the same hereby is, entered in favor of Plaintiff, XEROX

7  CORPORATION, and against Defendants, as follows:

8      For damages in the amount of $706,601.52, plus costs in the amount of $928.00, for a

9  total Judgment amount of $707,529.52 plus interest at the legal rate.

10  IT IS SO ORDERED.

11  DATED this ___6th___ day of _____July_____, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LAW OFFICE OF HAYES & WELSH

By: _____
GARRY L. HAYES, ESQ.
Nevada State Bar No. 001540
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
702-434-3444
Attorneys for Plaintiff