MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRINTING AND MAILING SOLUTIONS, INC., a Nevada Corporation, MASTER MAILERS, INC., a Nevada Corporation, NEVADA MARKETING SYSTEMS, INC., a Nevada Corporation, QUALITY PRINTING, INC., a Nevada Corporation, MARIO CASTRO, an individual, MIGUEL CASTRO, an individual, LETICIA CASTRO, an individual, IRMA CASTRO, an individual; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:09-cv-0653-RLH-LRL |

**JUDGMENT AGAINST LETICIA CASTRO**

This Honorable Court having entered an Order granting Plaintiff's Motion for Summary Judgment against Leticia Castro (#124, July 12, 2011) and for good cause shown,

1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to FRCP 56, Final Judgment is hereby entered in favor of Plaintiff, XEROX CORPORATION, and against Defendant LETICIA CASTRO, as follows:

For damages in the amount of $706,601.52, plus costs in the amount of $928.00, for a total Judgment amount of $707,529.52 plus interest at the legal rate.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2011.

Respectfully Submitted by:

LAW OFFICE OF HAYES & WELSH

By: _____
GARRY L. HAYES, ESQ.
Nevada State Bar No. 001540
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
702-434-3444
Attorneys for Plaintiff